United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 17, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-20339
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TOMAS BARRIOS GUZMAN, also known as Tigre,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:05-CR-433-ALL
--------------------

Before HIGGINBOTHAM, BENAVIDES, and PRADO, Circuit Judges.

PER CURIAM:[*]

Tomas Barrios Guzman appeals the sentence he received
following his guilty-plea conviction for conspiring to transport
illegal aliens for commercial advantage and private financial
gain. He asserts that the district court erred in failing to
give him a three-level reduction for acceptance of
responsibility, in light of his timely admission of the elements
of the offense and his apologies for his conduct.

We have reviewed the record and the briefs of the parties
and conclude that the district court did not clearly err in

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

denying the reduction.  See United States v. Angeles-Mendoza, 407 F.3d 742, 753 (5th Cir. 2005).  "The entry of a guilty plea does not entitle a defendant to a reduction as a matter of right."  United States v. Flucas, 99 F.3d 177, 180 (5th Cir. 1996).  Guzman's statements at sentencing did not show "sincere contrition on [his] behalf" for the wrongness of his conduct. United States v. Nguyen, 190 F.3d 656, 658 (5th Cir. 1999) (internal quotation marks and citation omitted).  Because Guzman has not shown clear error, we need not address the Government's contention that our review should be limited to the plain error standard.

The judgment of the district court is AFFIRMED.